IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-001358-RBJ

STARELLA HARVEY,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, Starella

Harvey, and the Defendant, Allstate Insurance Company, for a dismissal of all claims of Plaintiff

against Defendant with prejudice, and the Court, having read the Stipulation and believing itself

fully advised,

HEREBY ORDERS that the claims of Plaintiff, Starella Harvey, and the Defendant,

Allstate Insurance Company, in the above-captioned action are hereby dismissed with prejudice,

each party to pay their respective costs and attorney fees.

DATED this 7th day of January, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1